## STATE STREET BANK AND TRUST COMPANY *v.* JOHN D. LAGRECO ET AL. (12964)

HEIMAN, SCHALLER and SPEAR, Js.

Argued December 5—decision released December 20, 1994

*John D. LaGreco,* pro se, the appellant (named defendant), filed a brief.

*Anne R. Hoyt,* with whom, on the brief, were *Deborah L. Dorio* and *William F. Beckert,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.